# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** |
| v. | **ON RULE 5 HEARING** |
| **DAMIAN JOHNSTON** | Case No. **24-M-680** |

| | |
|---|---|
| HONORABLE JAMES R. SICKEL, presiding | Hearing Began: 11:41 a.m. |
| Deputy Clerk: Joleen | Hearing Ended: 11:54 a.m. |
| Hearing Held: September 26, 2024 | Tape Number: 092624 |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by | Alexander Duros |
| DAMIAN JOHNSTON by: | Krista A. Halla-Valdes |
| | ☒ FDS ☐ CJA ☐ RET |
| U.S. PROBATION OFFICE by: | Amy Kosmoski |

Defendant appears in person.

☒ Defendant advised of rights
☒ Court orders counsel appointed
☒ Copy of ☒ complaint ☐ indictment received by Defendant;
   ☐ document read; ☒ further reading waived
☒ Defendant advised of charges, penalties and fines

☒ Defendant waives Identity Hearing
☒ Defendant waives Preliminary Hearing
☐ Defendant to be transported by the U.S. Marshal to District of Columbia
   SEE Commitment Order
☒ Defendant to be released on O/R bond to appear, via zoom District of Columbia on October 10, 2024, at 12:30 p.m. (ET). Zoom information provided to defendant in court.
   SEE Order Setting Conditions of Release

Mr. Johnston is considering retaining counsel and has not been able to do so at this time.
Mr. Duros advises the defendant of the maximum penalties:
Cts. 1 & 2: 1 yr; Probation: 5 yrs; Fine: $100,000; SA: $25
Cts. 3 & 4: 6 mos; Probation: 5 yrs; Fine: $100,000; SA: $25
The court accepts the Waiver of the Identity Hearing and Preliminary Hearing.
The court is in receipt of the Pretrial Services Report that recommends released on recognizance bond with conditions.
The parties are in agreement with the recommendation.