# UNITED STATES DISTRICT COURT

for the

District of Columbia

FID 11720135

**RECEIVED** By USMS District of Columbia District Court at 4:04 pm, Sep 24, 2024

United States of America
v.
Damian Johnston

*Defendant*

) Case: 1:24-mj-00302
) Assigned To : Judge Zia M. Faruqui
) Assign. Date : 9/24/2024
) Description: COMPLAINT W/ARREST WARRANT
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____ Damian Johnston _____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 09/24/2024

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/24/2024, and the person was arrested on *(date)* 09/26/2024
at *(city and state)* Green Bay, WI.

Date: 09/26/2024

*Arresting officer's signature*

FBI SA Bryan Sullivan
*Printed name and title*