# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| | | |
|---|---|---|
| United States of America<br>v.<br><br>DAMIAN JOHNSTON<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case No. 24-M-680<br><br>Charging District's Case No. 24-MJ-302 |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the  District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☒ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district.  I request that my

  ☐ preliminary hearing and/or   ☐ detention hearing be held in the prosecuting district, at a time set by that court

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 9/26/24

*Defendant's signature*

*Signature of defendant's attorney*

KRISTA  HALLA-VALDES
*Printed name of defendant's attorney*